UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JESSIE WIMSY JONES,

    Plaintiff,

v.                                            Case No.  4:24-cv-30-AW-MJF

T. KING, *et al.,*

    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, a Florida prisoner proceeding *pro se*, initiated this lawsuit on February 18, 2024, by filing a civil rights complaint and a motion for leave to proceeding *in forma pauperis*. Docs. 1, 2.

On March 5, 2024, the undersigned outlined several deficiencies in Plaintiff's complaint and motion for leave to proceed *in forma pauperis* and ordered Plaintiff to file an amended complaint on the Northern District's form accompanied by the $405.00 filing fee or a complete application for leave to proceed *in forma pauperis*. Doc. 4. The undersigned set a compliance deadline of April 4, 2024 and warned

Plaintiff that failure to comply with the order likely would result in this case being dismissed. *Id.* at 4-5.

To date, Plaintiff has not complied with the order dated March 5, 2024, and has not responded to the 14-day show-cause order entered on April 19, 2024. *See* Doc. 5.

Based on the foregoing, the undersigned respectfully **RECOMMENDS** that:

1. This action be **DISMISSED** without prejudice for Plaintiff's failure to comply with court orders.[1]

2. The clerk of court be directed to close this case file.

At Panama City, Florida, this 24th day of May, 2024.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

**NOTICE TO THE PARTIES**

---

[1] "Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cnty. Sheriff's Off.*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); N.D. Fla. Loc. R. 41.1 (authorizing the court to dismiss an action, or any claim within it, "[i]f a party fails to comply with an applicable rule or a court order").

**The District Court referred this case to the undersigned to make recommendations regarding dispositive matters.** *See* **28 U.S.C. § 636(b)(1)(B), (C); Fed. R. Civ. P. 72(b). Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the report and recommendation.** <u>Any different deadline that may appear on the electronic docket is for the court's internal use only.</u> **A party must serve a copy of any objections on all other parties. A party who fails to object to this report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. R. 3-1; 28 U.S.C. § 636.**